UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

08 JUL -9 AM 9: 34

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Case No. |
| | ) | **08 MJ 2077** |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | |
| | ) | Title 8, U.S.C., Section 1326; |
| **Daniel VILLALOBOS-Gonzalez** | ) | |
| **(AKA: Daniel GONZALEZ-Villalobos)** | ) | Deported Alien Found in the |
| | ) | United States |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The undersigned complainant, being duly sworn, states:

On or about, **June 14, 2008**, within the Southern District of California, defendant, **Daniel VILLALOBOS-Gonzalez, (AKA: Daniel GONZALEZ-Villalobos)** an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Deportation Officer, Lisette Guzman
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 9th DAY OF **July 2008.**

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On June 13, 2008, the defendant identified as, **Daniel VILLALOBOS-Gonzalez, (AKA: Daniel GONZALEZ-Villalobos)** was apprehended by United States Border Patrol, in Chula Vista, California for illegal entry and parole violation. Defendant was booked into County Jail. A Border Patrol Agent placed an Immigration Hold (I-247) pending his release from jail.

On July 08, 2008, the defendant was referred to the custody of United States Immigration and Customs Enforcement (ICE) in San Diego, California. An Immigration Enforcement Agent conducted computer database record checks and reviewed various sources of information confirming the defendant to be a citizen of Mexico having been deported or removed from the United States on at least one occasion.

A thorough review of official immigration computer database record checks and information contained in the Alien Registration file revealed that the defendant **Daniel VILLALOBOS-Gonzalez, (AKA: Daniel GONZALEZ-Villalobos)** has been ordered removed from the United States by an Immigration Judge on or about May 04, 2006 and removed to Mexico, via the San Ysidro, Port of Entry on May 04, 2006. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System (IDENT) and Automated Fingerprint identification System (IAFIS) were utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as **Daniel VILLALOBOS-Gonzalez, (AKA: Daniel GONZALEZ-Villalobos)**, a citizen and national of Mexico.

SIGNATURE OF COMPLAINANT
Deportation Officer, Lisette Guzman
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 9th DAY OF **July 2008.**

UNITED STATES MAGISTRATE JUDGE